# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

CAMILLE A. SNODDY,

      Plaintiff,

v.

      Case No. 17-CV-11161
      Honorable Denise Page Hood

COMMISSIONER OF
SOCIAL SECURITY,

      Defendant.

_____/

## ORDER ACCEPTING REPORT AND RECOMMENDATION AND REMANDING ACTION

This matter comes before the Court on Magistrate Judge Stephanie Dawkins Davis's Report and Recommendation. [Dkt. No. 20] Plaintiff filed this action on April 13, 2017, asking this Court to review the Commissioner's final decision to deny her application for disability benefits. The parties filed cross motions for summary judgment. The Magistrate Judge recommends that the Court: (1) deny the Commissioner's Motion for Summary Judgment; (2) grant Plaintiff's Motion for Summary Judgment to the extent she seeks remand but deny it to the extent she seeks reversal and a direct award of benefits; and (3) remand this matter back to the Commissioner for further proceedings, as detailed below. Neither party filed any objections to the Report and Recommendation.

Judicial review of the Commissioner's decision is limited in scope to determining whether the Commissioner employed the proper legal criteria in reaching his conclusion. *Garner v. Heckler,* 745 F.2d 383 (6th Cir. 1984). The credibility findings of an administrative law judge ("ALJ") must not be discarded lightly and should be accorded great deference. *Hardaway v. Secretary of Health and Human Services*, 823 F.2d 922, 928 (6th Cir. 1987). A district court's review of an ALJ's decision is not a *de novo* review. The district court may not resolve conflicts in the evidence nor decide questions of credibility. *Garner*, 745 F.2d at 397. The decision of the Commissioner must be upheld if it is supported by substantial evidence, even if the record might support a contrary decision or if the district court arrives at a different conclusion. *Smith v. Secretary of HHS*, 893 F.2d 106, 108 (6th Cir. 1984); *Mullen v. Bowen*, 800 F.2d 535, 545 (6th Cir. 1986).

The Court has had an opportunity to review this matter and finds that the Magistrate Judge reached the correct conclusions for the proper reasons. Finding no error in the Magistrate Judge's Report and Recommendation, the Court adopts the Report and Recommendation in its entirety. Furthermore, as neither party has raised an objection to the Report and Recommendation, the Court finds that the parties have waived any further objections to the Report and Recommendation. *Smith v. Detroit Fed'n of Teachers Local 231,* 829 F.2d 1370, 1373 (6th Cir. 1987) (a party's failure

to file any objections waives his or her right to further appeal); *Thomas v. Arn*, 474 U.S. 140, 149 (1985).

For the reasons stated above,

**IT IS ORDERED** that the Report and Recommendation [Docket No. 20, filed August 13, 2018] is **ADOPTED** as this Court's findings of fact and conclusions of law.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Summary Judgment [Docket No. 16, filed November 2, 2017] is **GRANTED IN PART** and **DENIED IN PART**.

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment [Docket No. 18, filed December 7, 2017] is **DENIED**.

**IT IS FURTHER ORDERED** that this matter is **REMANDED** back to the Commissioner in order to: (a) obtain the opinion of a qualified medical advisor on the issue of equivalence as to Plaintiff's impairments in combination; (b) re-evaluate the medical opinions rendered to date; (c) review Plaintiff's objective symptoms; (d) obtain updated vocational expert testimony, taking into consideration the foregoing; and (e) review and, as necessary, modify the RFC in light of the foregoing.

                                    s/Denise Page Hood
                                    Denise Page Hood
                                    Chief Judge, United States District Court

Dated: September 11, 2018

I hereby certify that a copy of the foregoing document was served upon counsel of record on September 11, 2018, by electronic and/or ordinary mail.

                                    s/LaShawn R. Saulsberry
                                    Case Manager